**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: DISCIPLINE OF TONI L. CHRISTIANI, ESQ., BAR NO. 6597.

No. 66116

**FILED**

SEP 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER GRANTING PETITION

This is a petition under SCR 114 for reciprocal discipline of attorney Toni L. Christiani based on discipline imposed on her in California. Although permitted by the rules, Christiani did not file a response. SCR 114(3).

Christiani was disciplined based on her failure to comply with various requirements of her probation, which was previously imposed in California in a prior attorney discipline matter. The California state bar filed a notice of disciplinary charges based on this conduct, but Christiani failed to file a response to the charges, even after contacting the state bar concerning the notice and requesting an extension of time to file a response. Based on her failure to respond, a motion for entry of default was filed, to which she also failed to respond. As a result, the default was entered. Under California rules of procedure, after a default is entered the attorney has a period of time to seek to have the default set aside or vacated, and if they do not then the California state bar must file a petition to have the attorney disbarred. Christiani did not respond to this

14-31657

petition and she was ultimately disbarred. Christiani did not self-report this discipline to the Nevada State Bar as required by SCR 114.

SCR 114 mandates the imposition of identical reciprocal discipline unless one of four exceptions applies. We conclude that one of the four exceptions exists in this matter, specifically, that the misconduct warrants different discipline in this state. SCR 114(4)(c). In particular, we conclude that disbarment is not warranted because disbarment in Nevada is not equivalent to the disbarment imposed on Christiani in California, as disbarment in Nevada is irrevocable while in California an attorney may seek reinstatement after five years. *See* SCR 102(1); California Rules of Procedure of State Bar, Rule 5.442(B).

Accordingly, we grant the petition for reciprocal discipline, but instead impose discipline in Nevada that is equivalent to the disbarment discipline imposed in California. Therefore, Christiani is hereby suspended from the practice of law for five years.[1] Christiani must petition this court for reinstatement pursuant to SCR 116.

---

[1]We note that Christiani is currently suspended in Nevada for failure to pay her bar dues and that we previously imposed a two-year suspension based on reciprocal discipline with a condition that the suspension would not commence until Christiani resolved her bar dues suspension. The five-year suspension we now impose will not commence until after Christiani's two-year suspension is completed.

It is so ORDERED.[2]

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                              Hardesty

_____, J.        _____, J.
Parraguirre                            Douglas

_____, J.        _____, J.
Cherry                                 Saitta

cc:    David A. Clark, Bar Counsel
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Toni L. Christiani
       Perry Thompson, Admissions Office, United States Supreme Court

---

[2]This order constitutes our final disposition of this matter. Any additional proceedings concerning Christiani shall be filed under a new docket number.